Misc. No. 13–8006/AF. Patrick CARTER, Petitioner v. The United States, United States Air Force Court of Criminal Appeals, and Commander, United States Naval Consolidated Brig, Miramar, California, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, a writ of mandamus, was filed under Rule 27(a) on this date.

Misc. No. 13–8007/NA. United States, Appellant v. Saheed A. Lawanson, Appellee. CCA 201200187. Notice is hereby given that a writ appeal petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.